Case 5:15-cv-00133  Document 9  Filed in TXSD on 12/14/15  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 15, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RUBEN VERA | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | 5:15-cv-133 |
| | § | Civil Action Number |
| STATE AUTO PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |
| Defendant. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

ON this the **14th** day of **Dec**, 2015, came on to be heard the above and foregoing Agreed Motion of Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff Ruben Vera's claims and causes of action against Defendant, **State Auto Property & Casualty Insurance Company**, be, and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this **14th** day of **Dec**, 2015.

_____
Judge Presiding

**Diana Saldaña**

APPROVED:

~~HUTSON & HARRIS~~ Voss Law Firm

By: ___Chris Schleiffer___
Chris Schleiffer
State Bar No. 24088362
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
E-mail: chris@vosslawfirm.com

**Attorney for Plaintiff**

BROWN, DEAN, WISEMAN, PROCTOR, HART & HOWELL, LLP

By: ___/s/ Alicia Murphy___
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
Email: selza@browndean.com
       amurphy@browndean.com

**Attorney for Defendant**

Agreed Motion and Order for Dismissal with Dismissal                    Page 4